# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.   Crim. No. 5:92-CR-53-5

DEXTER FITZGERALD MYHAND

On Monday, September 12, 2005, the above named was placed on supervised release for a period of 120 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                    Respectfully submitted,

/s/ Jeffrey L. Keller                     /s/ Maurice J. Foy  
Jeffrey L. Keller                         Maurice J. Foy  
Supervising U.S. Probation Officer        U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 26th day of August, 2013.

James C. Fox  
Senior U.S. District Judge